UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

**MILTON L. REED, SR.,**

    **Plaintiff,**

v.

**OFFICER TUCK,** *et al.***,**

    **Defendants.**

Case No. 2:25-cv-2055-HDM-NAD

## ORDER

On February 24, 2026, U.S. Magistrate Judge Nicholas A. Danella issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the court dismiss Mr. Reed's complaint without prejudice. (Doc. 7). No party has objected to the Report and Recommendation.

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the district court must review those portions of the report to which the party has specifically objected *de novo*. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Unchallenged portions of a Magistrate Judge's report are reviewed for clear error. *Haywood v. Green*, 695 F. Supp. 3d 1315, 1318 (N.D. Ala. 2023). The district court may, in its review, "accept, reject, or modify, in whole or in part," the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1)(C).

Having reviewed the proposed findings and recommendations for clear error, the court concludes that the Magistrate Judge's Report and Recommendation, (doc. 7), should be **ACCEPTED**. The court hereby **ADOPTS** it as the findings of the court.

The Clerk of Court is **DIRECTED** to **DISMISS** this action **WITHOUT PREJUDICE** based on Mr. Reed's failure to prosecute. The Clerk is directed to close this file.

**DONE** and **ORDERED** on March 12, 2026.

_____
**HAROLD D. MOOTY III**
UNITED STATES DISTRICT JUDGE

2